IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARIO D. JONES                                                               PLAINTIFF

V.                                          CIVIL ACTION NO. 3:20-CV-77-KHJ-LGI

GREAT SOUTHERN NATIONAL BANK;                                    DEFENDANTS
RAYMOND JAIL; JACKSON POLICE DEPARTMENT;
CASSANDRA KAUERZ; STEPHEN HATCHETT, DA;
LT. BOBBY QUEEN; FRED SULLIVAN; KENNETH
WILSON; BRETT TROTTER; FRANKLIN CHANCEY;
EILEEN PARRISH; BRYAN HOSS; JUDGE CARROLL
ROSS; JUDGE AMY REEDY; DR. JAMES SEGO;
ALVIN PASCHAL; STEVE BEBB; 10TH JUDICIAL
DRUG TASK FORCE; BRADLEY COUNTY
DISTRICT ATTORNEY GENERAL'S OFFICE;
BRADLEY COUNTY SHERIFF'S OFFICE; PAMELA
HANCOCK; WILLIAM HAMMACK

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendants' Motions to Dismiss, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants. Plaintiff's claims are dismissed with prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 1st day of March, 2021.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE